## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANDRE BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1006-R |
| | ) | |
| CSL PLASMA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, Plaintiff's Application to Proceed Without Prepaying Fees or Costs [Doc. No. 2] is DENIED. If Plaintiff's filing fee is not received by the Clerk of the Court on or before November 19, 2025, this action will be dismissed without prejudice.

IT IS SO ORDERED this 29th day of October, 2025.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE